


**RECEIVED**
IN LAKE CHARLES, LA

APR 14 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOHN D. BAILEY, ET AL. | * | CIVIL ACTION NO. 84-CV-0905-LC |
| Plaintiffs, | * | JUDGE MINALDI |
| VERSUS | * | MAGISTRATE JUDGE KAY |
| METRO FEDERAL SAVINGS AND LOAN ASSOCIATION OF LAKE CHARLES, ET AL. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT

Having considered the Ex Parte Motion to Revive Consent Judgment filed by the Federal Deposit Insurance Corporation ("FDIC"), as successor-in-interest to the Federal Savings and Loan Insurance Corporation ("FSLIC"),

**IT IS ORDERED** that the July 7, 1989 Consent Judgment entered in the captioned matter, in favor of the FSLIC, as receiver for Metro Federal Savings & Loan Association of Lake Charles, and against David L. Levingston, in the amount of $50,000, plus interest at the rate of 12% per annum from date of judicial demand until paid (which judgment

905820v.2

previously was revived by a judgment of this Court, signed on April 17, 1998 in *Federal Deposit Insurance Corp. v. Levingston*, No. 98-0145), is hereby revived in favor of the FDIC for an additional ten-year period.

**IT IS FURTHER ORDERED** that costs and reasonable attorney's fees incurred by the FDIC in bringing its Ex Parte Motion to Revive Consent Judgment are awarded to the FDIC, and that David L. Levingston is ordered to pay the same.

Lake Charles, Louisiana, this 14 day of April, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE